**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian S. Olenek                                    CHAPTER 13

              Debtor(s)

BKY. NO. 21-12667 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CSMC 2019-RPL9 Trust and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
04 Oct 2021, 14:14:49, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 2d985f6a32f363b35d1f63fdcbfde02a849159f0d05ff03eeabb4dee2e71b2a1