**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | Brian S. Olenek, | : | Chapter 13 |
| | Debtor | : | Case No.: 21-12667-mdc |

**SUGGESTION OF DEATH**

TO THE CLERK OF COURT:

AND NOW, this 2nd day of November 2021, it is suggested of record that Debtor, Brian S. Olenek died on or about October 23, 2021.

Date: November 2, 2021

Respectfully submitted:

**BOTTIGLIERI LAW, LLC**

**BY:** __/s/ Stephen V. Bottiglieri_____
Stephen V. Bottiglieri, Esquire
Bottiglieri Law, LLC
66 Euclid Street, Suite C
Woodbury, NJ 08096
P (888) 793-0373
F (888) 793-0373
steve@bottiglierilaw.com
Attorney for the Debtor