# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 21-12667-MDC

BRIAN  S. OLENEK

220 BUTTONWOOD STREET

NORRISTOWN, PA 19401

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRIAN  S. OLENEK

    220 BUTTONWOOD STREET

    NORRISTOWN, PA 19401

Counsel for debtor(s), by electronic notice only.

    STEPHEN V BOTTIGLIERI, ESQ
    66 EUCLID STREET
    SUITE C
    WOODBURY, NJ 08096-

Date: 12/21/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee