United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Brian S. Olenek  
Debtor

Case No. 21-12667-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 27, 2022      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian S. Olenek, 220 Buttonwood Street, Norristown, PA 19401-4412 |
| 14639575 | + | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 14639579 | + | CSMC 2019-RPL9 TRUST, 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119-3284 |
| 14640940 | + | CSMC 2019-RPL9 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14654022 | | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14639580 | + | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 14639583 | + | KLM Law Group PC, 3600 HORIZON DRIVE SUITE 150, KING OF PRUSSIA, PA 19406-4702 |
| 14639582 | + | Kingston Col, 1701 Drew St, Clearwater, FL 33755-6211 |
| 14639584 | + | Monterey Collection Services, Attn: Bankruptcy, 4095 Avenida de la Plata, Oceanside, CA 92056-5802 |
| 14639585 | + | Mr. Cooper, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 14639588 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14639594 | + | Weltman Weinberg & Reis Co LPA, 170 S. Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14639576 | + | Email/Text: steve@bottiglierilaw.com | Jan 27 2022 23:45:00 | Bottiglieri Law, LLC, Stephen V. Bottiglieri, Esquire, 66 Euclid Street, Woodbury, NJ 08096-4626 |
| 14639578 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2022 23:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14639581 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2022 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14639584 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jan 27 2022 23:44:00 | Monterey Collection Services, Attn: Bankruptcy, 4095 Avenida de la Plata, Oceanside, CA 92056-5802 |
| 14639844 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:47:34 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14640679 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:47:34 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14639587 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2022 23:44:00 | PNC Bank, One Financial Parkway, Kalamazoo, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MI 49009 |
| 14639586 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 14643563 | + | Email/Text: bankruptcy@avadynehealth.com | Jan 27 2022 23:44:00 | SUBURBAN COMMUNITY HOSPITAL, C/O H AND R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 14639590 | + | Email/Text: bankruptcy@sw-credit.com | Jan 27 2022 23:44:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14639589 | + | Email/Text: clientservices@simonsagency.com | Jan 27 2022 23:45:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 14658455 | | Email/Text: EDBKNotices@ecmc.org | Jan 27 2022 23:44:00 | U.S. Department Of Education, P O Box 16448, Saint Paul, MN 55116-0448 |
| 14639591 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2022 23:44:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14639592 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 27 2022 23:44:00 | US Trustee, Custom House, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14651991 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:47:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14639593 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 23:44:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14639577 | *+ | Brian S. Olenek, 220 Buttonwood Street, Norristown, PA 19401-4412 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jan 27, 2022 Form ID: pdf900 Total Noticed: 30

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor CSMC 2019-RPL9 Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Debtor Brian S. Olenek steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BRIAN S. OLENEK | Chapter 13 |
| Debtor | Bankruptcy No. 21-12667-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

January 27, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
STEPHEN V BOTTIGLIERI, ESQ
66 EUCLID STREET
SUITE C
WOODBURY, NJ 08096-

Debtor:
BRIAN S. OLENEK

220 BUTTONWOOD STREET

NORRISTOWN, PA 19401